**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

Application **GRANTED in part**. The initial conference scheduled for February 2, 2022 is **ADJOURNED** to **March 2, 2022, at 4:10 p.m.** By **February 23, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 6). Plaintiff shall serve a copy of this Order on Defendant and shall file proof of service by **January 31, 2022**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 8.

Dated: January 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Sosa v. The Animal Medical Center*
      Case No.: 1:21-cv-10235

Dear Judge Schofield,

     The undersigned represents Yony Sosa, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against The Animal Medical Center ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 2, 2022 at 4:10 PM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. A representative for the Defendant contacted us and advised us that their assigned counsel will be in touch to discuss this matter. The undersigned is confident that this extension will give ample time for the Defendant's counsel to consult with their client and appear in this matter.

     Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita Esq.

cc: All counsel of record via ECF